1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CUENCA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,             )   No.:  CR 09-00361 JW
                                         )
13                Plaintiff,             )   **STIPULATION TO CONTINUE**
                                         )   **HEARING AND EXCLUDE TIME;**
14 v.                                    )   **[PROPOSED] ORDER**
                                         )
15 DEREK CUENCA,                         )
                                         )
16                Defendant.             )
   _____)

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled

19 for Monday, August 31, 2009, at 1:30 p.m., be continued to Monday, September 28, 2009, at

20 1:300 p.m.   The continuance is requested because the parties have been discussing and

21 attempting to reconcile disputed issues regarding sentencing, and the defense requires time to

22 discuss the government's current proposal with Mr. Cuenca.  Additionally, in the event that Mr.

23 Cuenca accepts the government's proposal, the government will require time to prepare a

24 proposed plea agreement and obtain necessary approval.  Finally, government counsel will be out

25 of the office next week, so that time is needed for continuity of counsel.

26      The parties further agree that time should be excluded under the Speedy Trial Act because

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-00361 JW                       1

1   the ends of justice served by granting the requested continuance outweigh the  interest of the
2   public and the defendant in a speedy trial.  The failure to grant the requested continuance would
3   deny defense counsel reasonable time necessary for effective preparation, taking into account the
4   exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore
5   stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
6   (B)(iv).

7   Dated: 8/21/09                                    _____/s/_____
                                                      LARA S. VINNARD
8                                                     Assistant Federal Public Defender

9   Dated: 8/21/09                                    _____/s/_____
                                                      GRANT FONDO
10                                                    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-00361 JW                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 09-00361 JW |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| ) | **HEARING AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| DEREK CUENCA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested a continuance of the hearing set for Monday, August 31, 2009, to allow time for Mr. Cuenca and his counsel to prepare effectively by discussing the government's current settlement proposal, and to allow time for the government to prepare and obtain approval for a proposed plea agreement. Additionally, time is needed for continuity of counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, August 31, 2009, be continued to Monday, September 28, 2009, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 31, 2009 to September 28, 2009, shall be excluded from the period of time within

1 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.  The Court
2 finds, based on the aforementioned reasons, that the ends of justice served by granting the
3 requested continuance outweigh the interest of the public and the defendant in a speedy trial.
4 The failure to grant the requested continuance would deny defense counsel reasonable time
5 necessary for effective preparation, taking into account the exercise of due diligence, and would
6 result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time
7 should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8 Dated: _____

JAMES WARE
9 United States District Judge